CHARLES LANG and Another, Respondents. v. MAUDE H. PRICE and Another,

Appellants.— Appeal dismissed unless appellants shall be ready for argument on May nineteenth. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.